# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | |
|---|---|
| GENERAL VIDEO, LLC<br><br>v.<br><br>LENOVO GROUP LIMITED. | Civil Action No. 5:24-CV-00122-RWS<br>(Lead Case) |
| GENERAL VIDEO, LLC<br><br>v.<br><br>HP INC. | Civil Action No. 5:24-CV-00123-RWS<br>(Member Case) |
| GENERAL VIDEO, LLC<br><br>v.<br><br>ACER INC. | Civil Action No. 5:24-CV-00125-RWS<br>(Member Case) |
| GENERAL VIDEO, LLC<br><br>v.<br><br>ASUSTEK COMPUTER INC. | Civil Action No. 5:24-CV-00126-RWS<br>(Member Case) |

## JOINT NOTICE REGARDING MEDIATION

Pursuant to the Court's Docket Control Order (*see* D.I. 56), Plaintiff General Video, LLC and Defendant Acer Inc. state that, while the parties remain open to conducting a mediation at a later date, the parties agree that a mediation at this early stage of the case is unlikely to be productive. Accordingly, the parties have not agreed to conduct a mediation at this time.

Dated: April 29, 2025

Respectfully submitted,

/s/ Matthew G. McAndrews

Geoff Culbertson
gpc@texarkanalaw.com
Kelly Tidwell
kbt@texarkanalaw.com
PATTON, TIDWELL & CULBERTSON, LLP
2800 Texas Boulevard (75503)
Post Office Box 5398
Texarkana, TX 75505-5398
Telephone: (903) 792-7080
Facsimile: (903) 792-8233

Peter J. McAndrews
pmcandrews@mcandrews-ip.com
Matthew G. McAndrews
mmcandrews@mcandrews-ip.com
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

*Attorneys for Plaintiff,*
GENERAL VIDEO, LLC

/s/ Eric Hugh Findlay
Eric Hugh Findlay
Findlay Craft, P.C.
7270 Crosswater Avenue
Suite B
Tyler, TX 75703
903-534-1100
Fax: 903-534-1137
efindlay@findlaycraft.com

*Attorneys for Defendant,*
ACER INC.

2

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 29th day of April 2025, with a copy of this document via the Court's CM/ECF system.

/s/ Matthew G. McAndrews
Matthew G. McAndrews