# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | |
|---|---|
| GENERAL VIDEO, LLC, <br><br> v. <br><br> LENOVO GROUP LIMITED. | Civil Action No. 5:24-cv-00122-RWS <br><br> Lead Case |
| GENERAL VIDEO, LLC, <br><br> v. <br><br> HP INC. | Civil Action No. 5:24-cv-00123-RWS |
| GENERAL VIDEO, LLC, <br><br> v. <br><br> ACER INC. | Civil Action No. 5:24-cv-00125-RWS |
| GENERAL VIDEO, LLC, <br><br> v. <br><br> ASUSTEK COMPUTER INC., ET AL | Civil Action No. 5:24-cv-00126-RWS |

## DEFENDANT LGL'S NOTICE OF COMPLIANCE

Pursuant to the Court's Docket Control Order (Dkt. 56) and Discovery Order (Dkt. 57) Defendant Lenovo Group Limited ("LGL") hereby notifies the Court that counsel of record for Plaintiff was served with LGL's Initial and Additional Disclosures via electronic mail on May 15, 2025.

Dated:  May 15, 2025

Respectfully submitted,

/s/ Jacob A. Schroeder
Jacob A. Schroeder (CA Bar No. 264717)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, CA 94304
Phone:  (650) 849-6765
Fax:     (650) 849-6666
jacob.schroeder@finnegan.com

Daniel C. Cooley (*pro hac vice*)
Daniel M. Jordan (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, VA 20190
Phone:  (571) 203-2700
Fax:     (202) 408-4400
daniel.cooley@finnegan.com
daniel.jordan@finnegan.com

Christina Ji-Hye Yang (*pro hac vice*)
Alexander E. Harding (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC 20001
Phone:  (202) 408-4400
Fax:     (202) 408-4400
christina.yang@finnegan.com
alexander.harding@finnegan.com

Yinan Liu (TX Bar No. 24127920)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
Two Seaport Lane, 6th Floor
Boston, MA 02210
Phone:  (617) 646-1652
Fax:     (202) 408-4400
yinan.liu@finnegan.com

Paul A. Bondor (*pro hac vice*)
Jeff S. Seddon, II (*pro hac vice*)
**DESMARAIS LLP**
230 Park Ave, 26th Floor

New York, NY 10169
Phone:  (212) 351-3400
Fax:     (212) 351-3401
pbonder@desmaraisllp.com
jseddon@desmaraisllp.com

Sumeet P. Dang (*pro hac vice*)
**DESMARAIS LLP**
1899 Pennsylvania Ave NW, 4th Floor
Washington, DC 20006
Phone:  (202) 451-4900
Fax:     (202) 451-4901
sdang@desmaraisllp.com

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANT
LENOVO GROUP LIMITED**

# CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2025, I electronically filed the foregoing **NOTICE OF COMPLIANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Jacob A. Schroeder*
Jacob A. Schroeder